# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

132054

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HALBERT CROMPTON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132054
COA: 260727
Ionia CC: 04-012744-FC

On order of the Court, the application for leave to appeal the July 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

Clerk